AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
May 14 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br>v.<br>Kristopher Allan Sylvester,<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  4:20-70574-MAG<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2, 2020__ in the county of __Alameda__ in the __Northern__ District of __California__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of Firearm and Ammunition |

Maximum Penalties: maximum term of 10 years imprisonment; $250,000 fine; 3 year term of supervised release; $100 special assessment; forfeiture

This criminal complaint is based on these facts:

Attached Affidavit of Bureau of Alcohol, Tobacco, Firearms and Explosives TFO Zachary Trzesniewski

☑ Continued on the attached sheet.

Approved As To Form:

*Jonathan U. Lee*
AUSA JONATHAN U. LEE

/s/ Zachary Trzesniewski
*Complainant's signature*

Zachary Trzesniewski, TFO, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 13, 2020

[Judge's signature]
*Judge's signature*

City and state: Oakland, California

Hon. Donna M. Ryu, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Zachary Trzesniewski, being duly sworn, depose and state as follows:

## INTRODUCTION

1.  I am a Task Force Officer ("TFO") with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have so been sworn since March 2016. I am presently assigned to the ATF Oakland Field Office in Oakland, California. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I was trained as a police officer at the California Highway Patrol (CHP) Academy in Sacramento, California, and I am currently employed by the CHP.

2.  As an ATF TFO, I have conducted and participated in both state and federal investigations involving the trafficking of firearms and distribution of controlled substances. I have investigated and assisted in the prosecution of criminal street gangs engaged in illegal narcotics and firearms trafficking. During these investigations, I have participated in various types of investigative techniques, including electronic surveillance; undercover agents and informants; and controlled purchases of firearms and narcotics from suspects. I have participated in physical surveillance operations and have participated in the execution of state and federal arrest warrants and search warrants. In addition to utilizing the aforementioned investigative techniques, I have been required during these investigations to analyze information resulting from traditional record searches, pen registers and trap and trace devices, financial records, utility records, and telephone toll and subscriber records. I have interviewed numerous members and former members of gangs, as well as conferred with other law enforcement officers about: the slang, codes, symbols, graffiti, and dress of gang members; gang members' use of telephones, e-mail, and other methods of communication to conduct their criminal activities; gang members' use of false and fictitious identities to thwart law enforcement investigation of their activities.

3. I know that it is a violation of Title 18, United States Code, Section 922(g)(1) for any person who has knowingly been convicted in any court of any crime punishable by imprisonment for a term exceeding one year to knowingly possess any firearm or ammunition that has been shipped or transported in interstate commerce.

4. I submit this affidavit in support of a Criminal Complaint and Arrest Warrant for **Kristopher Allan Sylvester ("SYLVESTER")**. I submit this affidavit for the limited purpose of establishing probable cause to issue a Criminal Complaint and arrest warrant and have not included each and every fact known to me concerning the investigation described below. The information in this affidavit is based upon my personal knowledge and information provided by other law enforcement officers involved in the investigation of **SYLVESTER**.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that that **SYLVESTER** committed the following federal offense: Felon in Possession of Firearm and Ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## SYLVESTER'S CRIMINAL HISTORY

6. From my review of **SYLVESTER**'s criminal history documentation, **SYLVESTER** has multiple felony convictions, as well as probation violations and revocations to include violations of the terms of his Post Release Community Supervision (PRCS), some of which are described below.

7. In 2005, **SYLVESTER** was convicted of Burglary (Second Degree) in violation of California Penal Code section 459. He was initially sentenced to a 1 day in jail and a 5-year term of probation. SYLVESTER was subsequently sentenced to 16 months in prison after revocation of his term of probation following his conviction for Evading a Police Officer, Disregard Safety in violation of California Vehicle Code section 2800.2.

8. In 2006, **SYLVESTER** was convicted of Burglary (Second Degree) in violation of California Penal Code section 459. He was sentenced to a 1 day in jail and a 5-year term of probation. His term of probation was later modified and then terminated.

9. In 2007, **SYLVESTER** was convicted of Burglary (Second Degree) in violation of California Penal Code section 459. He was sentenced to 1 day in jail and a 5-year term of probation. His term of probation was later terminated.

10. In 2009, **SYLVESTER** sustained felony convictions for Taking a Vehicle Without Consent in violation of California Vehicle Code section 10851(a), Receiving or Selling Stolen Property in violation of California Vehicle Code section 496, Burglary (Second Degree), in violation of California Penal Code section 459, and Evading a Police Officer, Disregard Safety in violation of California Vehicle Code section 2800.2. He was sentenced to a 5-year term of probation.

11. In 2011, **SYLVESTER** was convicted of Taking a Vehicle Without Consent in violation of California Vehicle Code section 10851(a), and he received a 16-month prison sentence.

12. In 2012, **SYLVESTER** was convicted of Evading a Police Officer, Disregard Safety in violation of California Vehicle Code section 2800.2, and he received a 2- year prison sentence.

13. In 2013, **SYLVESTER** violated the terms of his Post Release Community Supervision (PRCS).

14. In 2014, **SYLVESTER** was convicted of Taking a Vehicle Without Consent in violation of California Vehicle Code section 10851(a), and he received a sentence of 6 months in jail and a 5 year term of probation. **SYLVESTER** later received a 2-year prison sentence.

15. In 2014, **SYLVESTER** received three revocations for violating the terms of his Post Release Community Supervision (PRCS).

16. In 2015, **SYLVESTER** was convicted of Taking a Vehicle Without Consent, in violation of California Vehicle Code section 10851(a), and he received a sentence of 176 days in jail and a 5-year term of probation.

17. In 2015 and again in 2016, **SYLVESTER** violated the terms of his Post Release Community Supervision (PRCS).

18.     According to an arrest report prepared by Fremont Police Department (FPD), on January 16, 2018, FPD investigators recognized **SYLVESTER,** and his known girlfriend, from their photographs in a Milpitas Police Department (MPD) track flyer. The track flyer was in relation to a vehicle burglary and fraudulent purchase. The track flyer identified the involved suspect vehicle as a 2017 Chevrolet Camaro rental vehicle. FPD investigators found the suspect vehicle near the area of **SYLVESTER**'s residence in the City of Fremont. A short time later, **SYLVESTER** left the residence as a passenger in an unrelated vehicle to the MPD investigation. FPD investigators conducted an enforcement stop on the unrelated vehicle. During the enforcement stop, FPD investigators searched **SYLVESTER**'s person and located a window punch, which is commonly used to break vehicle windows. FPD investigators were able to confirm **SYLVESTER** was on active Alameda County probation. FPD investigators asked the driver for consent to search his vehicle, which he gave, and FPD investigators located a key fob to the 2017 Chevrolet Camaro. **SYLVESTER** told FPD investigators the 2017 Chevrolet Camaro was his girlfriend's rental vehicle. FPD investigators detained **SYLVESTER** and secured the 2017 Chevrolet Camaro until MPD arrived to the area. At this time, **SYLVESTER** told FPD investigators he had a firearm inside the 2017 Chevrolet Camaro. Furthermore, **SYLVESTER** related the firearm was inside a backpack. When FPD investigates searched the 2017 Chevrolet Camaro, they found a Smith & Wesson 357 Magnum handgun, bearing serial #8K8317. The Smith & Wesson handgun was loaded with 357 Magnum ammunition. In addition to the Smith & Wesson, multiple documents including credit cards, driver licenses, and employment documents inside the 2017 Chevrolet Camaro, none of which were in **SYLVESTER's** or his known girlfriend's name. FPD investigators also found broken glass inside the Camaro, which appeared to be consistent with glass when a vehicle window is shattered.

19.     **SYLVESTER** was subsequently convicted of being a felon in possession of a firearm in violation of California Penal Code section 29800(a). On August 30, 2018,

4

SYLVESTER was sentenced to a 5 year term of probation, with service of the first 365 days of his probation in county jail.

**PROBABLE CAUSE**

20. In the early morning of March 26, 2020, FPD officers responded to report of a commercial burglary at a Hertz Car Rental located in Fremont, California.

21. On March 27, 2020, FPD detectives commenced a criminal investigation into the Hertz Rental Car location in Fremont. Reviewing surveillance video footage, FPD detectives identified a gray Jeep Compass as a suspect vehicle. During the course of the investigation, FPD detectives observed **SYLVESTER** driving the gray Jeep compass. On April 2, 2020, FPD detectives obtained an arrest warrant for **SYLVESTER** for the commercial burglary of the Fremont Hertz Rental Car location.

22. On April 2, 2020, FPD detectives found the gray Jeep Compass at the Mission Peak Lodge located in Fremont. FPD detectives observed **SYLVESTER** and his known girlfriend walking in the parking lot of Mission Peak Lodge. FPD detectives watched as **SYLVESTER** and his known girlfriend walked up to the second level of the Mission Peak Lodge and entered room #224. Once **SYLVESTER** exited room #224, FPD detectives were able to take **SYLVESTER** into custody. While being placed in custody, **SYLVESTER** spontaneously stated he possessed a firearm on his person. As the officer searched him, they did not locate the firearm on **SYLVESTER**'s person. During the search, **SYLVESTER** stated the firearm was in room #224.

23. FPD detectives learned that room #224 was registered under the girlfriend's name. A records check was conducted on Sylvester's girlfriend which returned with Sylvester's girlfriend being on active Alameda County felony probation. Sylvester's girlfriend's probation states her person, residence and property are searchable at any time, day or night, with or without a warrant. **SYLVESTER** was also on probation. The term of his probation began on August 30, 2018. The term was set to expire on August 20, 2023. Under his probation, **SYLVESTER** was

not permitted to own or possess a firearm, among other conditions. **SYLVESTER**'s terms of probation included a search provision for his person, property, vehicle and residence.

24. FPD detectives searched inside room #224 and located a firearm on the sink of the bathroom. After further examination, FPD detectives learned the firearm was a Ruger LCP .380 caliber handgun, bearing the serial #371083617. The Ruger LCP was loaded with .380 caliber ammunition. (Refer to photograph below)



25. FPD arrested **SYLVESTER**. He was booked into custody at Santa Rita Jail and later released.

26. In the early morning of April 16, 2020, Santa Clara Police Department (SCPD) officers responded to report of a burglary alarm at Hana's Bottle Shop located in Santa Clara, California. When SCPD officers arrived on scene, they observed a 2020 Ford Mustang, bearing

no license plates, with no outer vehicle lights illuminated, driving in circles in the Hana's Bottle Shop parking lot. In addition to the Ford Mustang, SCPD officers observed broken glass at the front of Hana's Bottle Shop.

27. SCPD officers attempted to conduct an enforcement on the Ford Mustang; however, the Ford Mustang fled from SCPD at a high rate of speed. A vehicle pursuit ensued in which the Ford Mustang drove wrong-way on the roadway to evade apprehension by law enforcement.

28. Eventually, the Ford Mustang became disabled, and SCPD was able to conduct an enforcement on the two individuals occupying the vehicle. The driver of the Ford Mustang was identified by SCPD as **SYLVESTER**. The Ford Mustang was found to be reported stolen from a Hertz Car Rental location in San Jose, California. Sylvester was arrested, booked and subsequently released

29. On April 23, 2020 a SCPD Crime Scene Investigator (CSI) processed the Ford Mustang for evidence, and recovered numerous items related to burglaries in the San Francisco Bay Area. In addition to these items, a Smith & Wesson SD9 VE 9mm handgun, bearing the serial # FBL3530, and eleven (11) rounds of 9mm ammunition were recovered on the left rear floor board, under the driver seat, of the Ford Mustang. (Refer to photograph below)



30. On April 30, 2020, I spoke with Special Agent Chris Bailey of the Bureau of Alcohol, Tobacco, Firearms and Explosives who confirmed that the Ruger LCP .380 caliber handgun, bearing the serial #371083617, and the eleven (11) rounds of .380 caliber ammunition seized on April 2, 2020 were not produced in the State of California and therefore traveled in interstate commerce.

## CONCLUSION

31. Based on the above information, I submit that there is probable cause to believe that, on or about April 2, 2020 in the Northern District of California, the Defendant, Kristopher **SYLVESTER**, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess the Ruger LCP .380 caliber handgun, bearing the serial #371083617, and the eleven (11) rounds of .380 caliber ammunition, which were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Zachary Trzesniewski
_____
ZACHARY TRZESNIEWSKI
ATF Task Force Officer

Subscribed and sworn before me
this 13 th day of May, 2020

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

8