# EXHIBIT A

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**

To The Court,                                November 15th, 2020

    I am Kristopher Sylvester's ex-wife and soon to be wife again. I'm writing in hope's he can get the correct help that he need's. Kristopher doesn't have a great track record with the courts because of his past criminal history. This is why we need to make sure he get's the correct help this time.

    I believe with the correct help this time would get him to be more successful in rehabilitation. I believe a strict program, not in the Bay Area, or house arrest with me, would be the best options. I believe if he was to remain in the Bay Area he will go back to his old ways. I recently relocated to Palo Cedro, CA which is 15 minutes from Redding, CA. If a strict program in Shasta County or in the immediate neighboring counties is not available, then I believe house arrest could work as well. I live on 5 acre's of land. There is plenty of room for him here to get excercise, learn new lifestyle skill's, and to become a better member of society. As well as being able to recover with his children and I so we could help him stay focused.

    Kristopher is a loving and caring person. He just needs the correct help and support from the Courts and his family. I hope you can take all of this into consideration and let him prove, not only to himself, but to

everyone as well, that he can do the right thing and be on the correct path to become a better and successful member of society.

Sincerely,

*Jana Marie Sylvester*

Jana Marie Sylvester

# EXHIBIT B

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**

October 8, 2020

To the Court

I am Kristopher Sylvester's grandmother, and I'm writing to the court, in hopes of getting him some help. Because under the pile of court records, there is a kind, considerate, loving person, that needs, and wants to return to being a good citizen, father, and husband.

I would hope that the court system would evaluate his past, and realize what he needs most, is to be with his family, away from this area, and get a job.

His ex-wife has moved to Redding, CA with their two daughters, and wants them to start a new life together. If their love for one another can withstand all that they have been thru, it has to be strong enough to conquer his problems.

With the guidance from your professionals, and the loving support of his family,

away from old acquaintances, I believe he will be the good citizen he was meant to be.

Please give Kristopher this opportunity to prove himself.

Sincerely,

Grandma Karvert
Gayle A. Karvert

# EXHIBIT C

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**

To the court;

    I am Kris's mother in law my name is Janice Aragon. I've know Kris for a long time and I want to say that he's always had a great heart and is very loving & giving.

    Unfortunately he's had a long track record of bad habits, but I know with the right people guiding him in the right direction he can and will succeed as a productive citizen and be a good husband and father.

    I've been praying for years for him to get on the right path because I know he has it in him and I have faith that he will overcome his past. I've seen more & more people that were thought of as lost causes change their lives

around and are now living productive normal lives and are very happy and successful too!

I know that people can change because I've done it myself! I know if I can do it anyone can do it!

We all are rooting for his success and with all of his family members guiding him there is no way he can go wrong.

Being his ex wife, soon to be wife again and their 2 daughters live with me, we will know how he's doing everyday if he's allowed to move to Shasta county, plus he has other relatives that live close that are wanting him to succeed also. We all grow stronger in numbers so he will have lots of love and the strength he needs.

Sincerely, Janice Aragon

# EXHIBIT D

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**



**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# MILESTONE COMPLETION

CDC NUMBER: BJ3468    NAME: SYLVESTER, KRISTOPHER A.    HOUSING: X44001 1 - 000064L

ASSIGNMENT TITLE: Fire Fighter Trng - CCC-Central Service [CCC-S] - 10/19/2019    FACILITY: CCC-Washington Ridge Camp

This inmate has actively been participating in the above-named assignment. As a result, the above-named inmate has successfully completed the below-listed MILESTONE. Pursuant to Title 15, Section 3043.3, if eligible, this inmate shall be awarded the number of Milestone Completion WEEKS of credit listed below.

COMPLETED: 10/25/2019

MILESTONE: FC10101-Firefighter (Camp) Physical Fitness and Firefighter Training

CLASS VALUE: 03

REASON: Other

(A maximum of 12 weeks credit may be applied in a 12-month period.)

**No credits will be awarded which advance the release date to a date less than 60 calendar days from the date of approval.**

O. Trujillo ✓    Dated: 11/08/2019

D. Neuenschwander ✓    Date Approved: 11/08/2019

☐ MCC Rejected    Reason Rejected:

CDCR SOMS IJPT170 - MILESTONE COMPLETION

CDCR SOMS IJPT170 - CDC NUMBER: BJ3468 NAME: SYLVESTER, KRISTOPHER A.    Page 1 of 1